# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION, P.O. Box 34553 Washington, D.C. 20043, *Plaintiff*, vs. U.S. OFFICE OF PERSONNEL MANAGEMENT 1900 E Street NW Washington, DC 20415 GENERAL SERVICES ADMINISTRATION 1800 F Street NW Washington, DC 20405 U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT 451 7th St SW Washington, DC 20410 OFFICE OF MANAGEMENT AND BUDGET 725 17th St NW Washington, DC 20503 *Defendants*. | Case No. 25-cv-3517 |

## COMPLAINT FOR INJUNCTIVE RELIEF

Plaintiff Democracy Forward Foundation ("DFF") brings this action against Defendants U.S. Office of Personnel Management ("OPM"), the General Services Administration ("GSA"), U.S. Department of Housing and Urban Development ("HUD"), and the Office of Management and Budget ("OMB") to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Plaintiff alleges as follows:

**Jurisdiction and Venue**

1. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2. Venue is proper under 28 U.S.C. § 1391(e), as Defendants' headquarters are located in Washington, D.C., within this district, and a substantial part of the events or omissions giving rise to Plaintiff's claims occurred here.

**Parties**

3. Plaintiff Democracy Forward Foundation ("DFF") is a not-for-profit organization incorporated under the laws of the District of Columbia and based in Washington, D.C. Plaintiff works to promote transparency and accountability in government, in part, by educating the public on government actions and policies.

4. Defendant OPM is a federal agency within the meaning of FOIA, 5 U.S.C. § 552(f)(1), and is headquartered in Washington, D.C. OPM has possession, custody, and control of records to which Plaintiff seeks access.

5. Defendant GSA is a federal agency within the meaning of FOIA, 5 U.S.C. § 552(f)(1), and is headquartered in Washington, D.C. GSA has possession, custody, and control of records to which Plaintiff seeks access.

6. Defendant HUD is a federal agency within the meaning of FOIA, 5 U.S.C. § 552(f)(1), and is headquartered in Washington, D.C. HUD has possession, custody, and control of records to which Plaintiff seeks access.

7. Defendant OPM is a federal agency within the meaning of FOIA, 5 U.S.C. § 552(f)(1), and is headquartered in Washington, D.C. OPM has possession, custody, and control of records to which Plaintiff seeks access.

**Facts**

8. The Trump-Vance Administration has reportedly been pursuing a deregulation agenda supported by the use of artificial intelligence ("AI").[1]

9. According to public records released to DFF and public reports, GSA has taken a central role in the deregulatory agenda, including by providing agencies with a document "Policy Playbook Review: A guide for agency policy reviews to ensure alignment to Trump Administration priorities,"[2] rolling out an artificial intelligence evaluation suite that enables federal agencies to experiment with and adopt artificial intelligence at scale,[3] and, alongside OMB, making recommendations on removing federal regulations and rules.[4]

10. OMB has presented the development and rollout of the SweetREX Regulation AI Plan Builder, a program developed by affiliates of the Department of Government Efficiency ("DOGE") working out of HUD, which is meant to expedite the process for reviewing and updating regulations.[5]

---

[1] *See, e.g.*, David Gilbert et al., *DOGE put a college student in charge of using AI to rewrite regulations*, Wired (Apr. 30, 2025), https://www.wired.com/story/doge-college-student-ai-rewrite-regulations-deregulation/ (reporting "A DOGE operative has been tasked with using AI to propose rewrites to the Department of Housing and Urban Development's regulations—an effort sources are told will roll out across government").

[2] *Email from Jennifer Burch, Deputy Chief of Staff at the Dep't of Veterans Affs., to Peter Kasperowicz, Christopher Syrek, & Curtis Cashour* (Apr. 17, 2025), https://democracyforward.org/wp-content/uploads/2025/09/Emails-re-Policy-Playbook-Review.pdf.

[3] U.S. Gen. Servs. Admin., *GSA Launches USAi to Advance White House "America's AI Action Plan"* (Aug. 14, 2025), https://www.gsa.gov/about-us/newsroom/news-releases/gsa-launches-usai-to-advance-white-house-americas-ai-action-plan-08142025.

[4] Caroline Nihill, *Trump administration launches online public deregulation form,* FedScoop (Apr. 16, 2025), https://fedscoop.com/trump-administration-launches-online-public-deregulation-form/.

[5] Andrew Couts, *A DOGE AI Tool Called SweetREX Is Coming to Slash US Government Regulation,* Wired (Aug. 14, 2025), https://www.wired.com/story/sweetrex-deregulation-ai-us-government-regulation-doge/.

3

11. Meanwhile, OPM Director Scott Kupor suggested using AI to summarize comments on proposed rules and regulations.[6]

12. DFF filed several FOIA requests to shed light on the extent and character of the Trump-Vance Administration's use of AI in deregulation efforts. The rules that protect the health, safety, wages, and rights of millions of Americans could be impacted by novel approaches that reduce officials' and expert employees' level of involvement in the deregulation process.

*OPM Guidance and Communications Request (25-HQ-2031-F)*

13. On June 30, 2025, DFF sent a FOIA request to OPM seeking the following:

1. All final guidance, policy or enforcement memoranda, directives, or rules documents sent or received by OPM related to the use of artificial intelligence to analyze or respond to comments received in regulations.gov.

2. All final guidance, policy or enforcement memoranda, directives, or rules documents sent or received by OPM related to the use of artificial intelligence in rulemaking, including, but not limited to, using artificial intelligence to write portions or the entirety of rules or regulations.

3. All email communications concerning the use of artificial intelligence to analyze or otherwise review comments submitted in response to OPM's proposed rule on "Improving Performance, Accountability and Responsiveness in the Civil Service," which may also be referred to as "Schedule Policy/Career," "Schedule P/C," or "Schedule F," sent or received by OPM officials Noah Peters, Brian Bjelde, Nikhil Rajpal, Akash Bobba, Greg Hogan, Veronica Hinton, Tim Curry, Alan Brooks, Michael Mahoney, or Katika Floyd.

14. This request sought records from January 20, 2025, through the date of the search.

15. On June 30, 2025, OPM acknowledged this request and assigned it tracking number

---

[6] Ian Kullgren, *DOGE's AI Plan to Kill 100,000 Rules Has a Bark Bigger Than Bite*, Bloomberg Law (Aug. 12, 2025), https://news.bloomberglaw.com/bloomberg-government-news/doges-ai-plan-to-kill-100-000-rules-has-a-bark-bigger-than-bite.

25-HQ-2031-F.

16. DFF has not received any further communication from OPM regarding this request.

*OPM Schedule F AI Inputs and Outputs Request (25-HQ-2032-F)*

17. On June 30, 2025, DFF sent a FOIA request to OPM seeking the following:

    (1) All searches, prompts, instructions, queries, or inputs into any automated systems or generative artificial intelligence tools used to analyze or otherwise review comments submitted in response to OPM's proposed rule on "Improving Performance, Accountability and Responsiveness in the Civil Service," which may also be referred to as "Schedule Policy/Career," "Schedule P/C," or "Schedule F."

    (2) All outputs (such as reports, recommendations, summaries, syntheses, or compilations of data) generated from any artificial intelligence system or tool used to analyze or otherwise review comments submitted in response to OPM's proposed rule on "Improving Performance, Accountability and Responsiveness in the Civil Service," which may also be referred to as "Schedule Policy/Career," "Schedule P/C," or "Schedule F."

    (3) All instructions provided to staff concerning the use of artificial intelligence to analyze or otherwise review comments submitted in response to OPM's proposed rule on "Improving Performance, Accountability and Responsiveness in the Civil Service," which may also be referred to as "Schedule Policy/Career," "Schedule P/C," or "Schedule F."

18. This request sought records from January 20, 2025, through the date of the search.

19. On June 30, 2025, OPM acknowledged this request and assigned it tracking number

25-HQ-2032-F.

20. DFF has not received any further communication from OPM regarding this request.

*GSA Use of AI in Deregulations Request (2025-FOI-01748)*

21. On July 11, 2025, DFF sent a FOIA request to GSA seeking the following:

    (1) All electronic communications (including emails, email attachments, memoranda, presentations, complete email chains,

5

calendar invitations, calendar invitation attachments, text messages, or messages on messaging platforms, including Slack and Microsoft Teams) sent or received by (A) the government employees listed below (B) containing any of the following key terms

   a. Government employees:
      i. Thomas Shedd
      ii. Stephan Ehikian
      iii. Any USDS or DOGE-affiliated employees detailed to or employed by your agency
   b. Key terms:
      i. "AI" AND "regulatory"
      ii. "Artificial intelligence" AND "regulatory"
      iii. "AI" AND "sub-regulatory"
      iv. "Artificial intelligence" AND "sub-regulatory"
      v. "AI" AND "policy"
      vi. "Artificial intelligence" AND "policy"
      vii. "AI" AND "policies"
      viii. "Artificial intelligence" AND "policies"
      ix. "AI" AND "unconstitutional"
      x. "Artificial intelligence" AND "unconstitutional"
      xi. "AI" AND "unlawful"
      xii. "Artificial intelligence" AND "unlawful"
      xiii. "AI" AND "inconsistent"
      xiv. "Artificial intelligence" AND "inconsistent"
      xv. "AI" AND "delete"
      xvi. "Artificial intelligence" AND "delete"
      xvii. "AI" AND "deleting"
      xviii. "Artificial intelligence" AND "deleting"
      xix. "AI" AND "deleted"
      xx. "Artificial intelligence" AND "deleted"
      xxi. "AI" AND "repeal"
      xxii. "Artificial intelligence" AND "repeal"
      xxiii. "AI" AND "rescind"
      xxiv. "Artificial intelligence" AND "rescind'"
      xxv. "AI" AND "statutorily required"
      xxvi. "Artificial intelligence" AND "statutorily required"
      xxvii. "AI" AND "EO 14219"
      xxviii. "Artificial intelligence" AND "EO 14219"
      xxix. "AI" AND "EO14219"
      xxx. "Artificial intelligence" AND "EO14219"

(2) All records reflecting communications (including emails, email attachments, memoranda, presentations, complete email chains, calendar invitations, calendar invitation attachments, text messages, or messages on messaging platforms, including Slack and Microsoft

6

        Teams) of Thomas Shedd concerning the use of artificial intelligence to repeal or rewrite federal regulations or to analyze regulatory comments.

    (3) All records reflecting communications (including emails, email attachments, memoranda, presentations, complete email chains, calendar invitations, calendar invitation attachments, text messages, or messages on messaging platforms, including Slack and Microsoft Teams) between Thomas Shedd and Christopher Sweet.

    (4) A copy of the document "Policy Playbook Review: A guide for agency policy reviews to ensure alignment to Trump Administration priorities" sent from GSA to heads of agencies on February 21, 2025.

    (5) All outputs or reports generated by artificial intelligence tools used to repeal or rewrite federal regulations or to analyze regulatory comments, such as a list of spreadsheets identifying regulations an artificial intelligence tool flagged for repeal or deletion.

22. This request sought records from January 20, 2025, through the date of the search.

23. On July 11, 2025, assigned it tracking number 2025-FOI-01748.

24. On September 10, 2025, GSA sent an acknowledgement letter for this request.

25. DFF has not received any further communication from GSA regarding this request.

*HUD AI Communications Request (25-FI-HQ-03675)*

26. On August 15, 2025, DFF sent a FOIA request to HUD seeking the following:

    All electronic communications (including emails, email attachments, complete email chains, calendar invitations, calendar invitation attachments, text messages, or messages on messaging platforms, including Slack and Microsoft Teams) sent or received by (A) the agency officials listed below containing (B) any of the following key terms.

    A. Federal employees:
        a. Secretary Scott Turner
        b. Anyone serving in the role of deputy secretary
        c. Anyone serving in the role of chief of staff to the Secretary or Deputy Secretary
        d. Anyone serving in the role of deputy chief of staff to the

       Secretary
     e. Christopher Sweet
     f. Scott Langmack
     g. Irving Dennis
     h. Any Department of Government Efficiency ("DOGE")-affiliated employees based at or detailed to HUD
  B. Key terms
     a. "Large language model"
     b. LLM
     c. Grok
     d. xAI
     e. ChatGPT
     f. "Department of Government Efficiency AI Assistant"
     g. SweetREX
     h. "Deregulation AI Plan Builder"
     i. DAIP
     j. "Chris Sweet"
     k. "Christopher Sweet"

27. The request stated that it did not seek records containing the terms "Chris Sweet" or "Christopher Sweet" in the electronic communications of custodian Christopher Sweet.

28. This request sought records from January 20, 2025, through the date of the search.

29. On August 22, 2025, HUD acknowledged this request and assigned it tracking number 25-FI-HQ-03675.

30. On September 22, 2025, HUD sent a letter stating that it would not respond even by its extended deadline.

31. On September 30, 2025, DFF sent HUD a message offering to narrow its request in multiple ways.

32. DFF has not received any further communication from HUD regarding this request.

*OMB AI Communications Request (2025-1816)*

33. On August 15, 2025, DFF sent a FOIA request to OMB seeking the following:

  All electronic communications (including emails, email

      attachments, complete email chains, calendar invitations, calendar invitation attachments, text messages, or messages on messaging platforms, including Slack and Microsoft Teams) sent or received by (A) the agency officials listed below containing (B) any of the following key terms.

  A. Federal employees:
      a. Director Russell Vought
      b. Anyone serving as Chief of Staff or Acting Chief of Staff
      c. Anyone serving as the Chief Information Officer or Acting Chief Information Officer
      d. Any Department of Government Efficiency ("DOGE")-affiliated employees based at or detailed to OMB
  B. Key terms
      a. "Large language model"
      b. LLM
      c. Grok
      d. xAI
      e. ChatGPT
      f. "Department of Government Efficiency AI Assistant"
      g. SweetREX
      h. "Deregulation AI Plan Builder"
      i. DAIP
      j. "Chris Sweet"
      k. "Christopher Sweet"

34. This request sought records from January 20, 2025, through the date of the search.

35. On August 18, 2025, OMB acknowledged this request and assigned it tracking number 2025-1816.

36. DFF has not received any further communication from OMB regarding this request.

*Exhaustion of Administrative Remedies*

37. As of the date of the Complaint, Defendants have failed to notify DFF of determinations regarding Democracy Forward's OPM Guidance and Communications, OPM Schedule F AI Inputs and Outputs, GSA Use of AI in Deregulations, HUD AI Communications, and OMB AI Communications requests Through Defendants' failure to respond within the time

9

limits required by law, DFF has constructively exhausted administrative remedies.

## CLAIM FOR RELIEF

### Count 1 (Violation of FOIA, 5 U.S.C. § 552)

38. Plaintiff incorporates by reference the foregoing paragraphs as though fully set forth herein.

39. By failing to respond to Plaintiff's requests with determinations and prompt productions of responsive records within the statutorily mandated time period, Defendants have violated their duties under 5 U.S.C.§ 552, including but not limited to, their duties to conduct a reasonable search for responsive records, to take reasonable steps to release all nonexempt information, and to not withhold responsive records.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff requests that this Court:

1. Order Defendants to conduct searches for any and all responsive records to Plaintiff's FOIA requests using search methods reasonably calculated to lead to discovery of all responsive records;

2. Order Defendants to produce, by a date certain, any and all non-exempt responsive records and a *Vaughn* index of any responsive records withheld under a claim of exemption;

3. Enjoin Defendants from continuing to withhold any and all non-exempt responsive records;

4. Award Plaintiff its costs, attorneys' fees, and other disbursements for this action; and

5. Grant any other relief this Court deems appropriate.

Dated: October 1, 2025

Respectfully submitted,

/s/ *Daniel A. McGrath*

Daniel A. McGrath
(D.C. Bar No. 1531723)
Robin F. Thurston
(Bar No. 7268942)
Anisha N. Hindocha
(Bar No. 1725159)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
dmcgrath@democracyforward.org
rthurston@democracyforward.org
ahindocha@democracyforward.org