UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY FORWARD FOUNDATION,

Plaintiff,

v.

U.S. OFFICE OF PERSONNEL
MANAGEMENT, et al.,

Defendants.

Civil Action No. 25-3517 (RBW)

## **JOINT STATUS REPORT**

Pursuant to the Court's March 3, 2026, Minute Order, Plaintiff, Democracy Forward Foundation, and Defendants, U.S. Office of Personnel Management ("OPM"), General Services Administration ("GSA"), U.S. Department of Housing and Urban Development ("HUD"), and Office of Management and Budget ("OMB") (collectively "Defendants"), hereby submit the following joint proposed status update in this Freedom of Information Act ("FOIA") matter, filed on October 1, 2025 (ECF No. 3).

1. Plaintiff requested copies of certain records regarding the use of artificial intelligence in regulatory matters, and Defendants have been conducting searches and processing responsive documents, as described in paragraphs 2-6. The Parties have been conferring about search parameters, narrowing the requests in certain respects.

2. **OPM, Request 25-HQ-2031-F:** OPM completed searches for parts 1 and 2 of this request and identified no responsive records. The Parties agreed to narrow part 3, and OPM identified nine (9) pages, which OPM determined to withhold entirely under FOIA Exemptions 5 and 6.

3.    **OPM, Request 25-HQ-2032-F:**  OPM completed the search for parts 1 and 2 and identified no responsive records. Part 3 requests all instructions provided to staff concerning the use of artificial intelligence to analyze or otherwise review comments submitted in response to OPM's proposed rule on "Improving Performance Accountability and Responsiveness in the Civil Service," which may also be referred to as "Schedule Policy/Career" or "Schedule P/C," or "Schedule F."  On February 6, the Office of Chief Information Officer (OCIO) confirmed that OPM did not use artificial intelligence to analyze or otherwise review comments submitted in response to this proposed rulemaking.  Based on this, OPM anticipates there will be no records responsive to Part 3 but intends to conduct a supplemental search.  OPM expects to complete the search for part 3 by June 30, 2026.

4.    **GSA:**  GSA has completed the search for records responsive to Plaintiff's request. GSA transmitted its first interim response to Plaintiff on February 4, 2026, consisting of 11 pages, released in full.  To date, GSA has identified approximately 31,000 potentially responsive pages, but GSA has not addressed duplicates yet.  GSA transmitted its second response to Plaintiff on April 30, 2026.  GSA processed 357 pages and referred these pages to the HUD for review and final determination.  Of the 357 pages processed, 357 were identified as responsive records.

5.    **HUD:**  The Parties agreed to narrow the search in certain respects.  HUD is continuing process records.  HUD expects to process over 300 pages per month and produce responsive, non-exempt documents every 30 days.  HUD transmitted its second response to Plaintiff on May 26, 2026.  Of the pages processed, 720 were identified as responsive records and produced to Plaintiff.

6.    **OMB:**  OMB completed a search for records responsive to the request and started issuing rolling responses, processing at least 300 pages per month.  By letter dated April 30, 2026, OMB issued its first response, notifying Plaintiff that OMB reviewed 310 pages and determined

that none contained responsive records.  Following this response, Plaintiff raised questions regarding the scope and methodology of OMB's search.  By letter dated May 30, 2026, OMB issued its second response, notifying Plaintiff that it had reviewed 300 pages of records and identified 13 documents responsive to Plaintiff's request.  Of these, OMB produced 12 documents in part and withheld one document in full pursuant to a FOIA exemption. The remaining pages were duplicate or nonresponsive records and were omitted from production.  OMB anticipates issuing further monthly rolling responses.

7.      It is premature to determine whether summary judgment briefing will be required. The Parties will continue to confer throughout the course of this action in an effort to reduce and resolve any disputes without necessitating the Court's involvement.

8.      The Parties propose to submit a Joint Status Report to the Court by August 31, 2026, informing the Court of the status of this matter.

Dated: June 1, 2026
Washington, DC

Respectfully submitted,

/s/ Anisha Hindocha
ANISHA HINDOCHA
D.C. Bar No. 1725159
DANIEL A. MCGRATH
D.C. Bar No. 1531723
ROBIN F. THURSTON
D.C. Bar No. 7268942
Democracy Forward Foundation
PO Box 34553
Washington, DC 20043
(202) 448-9090
ahindocha@democracyforward.org
dmcgrath@democracyforward.org
rthurston@democracyforward.org
Counsel for Plaintiff

JEANINE FERRIS PIRRO
United States Attorney

/s/ Courtney Scholz
COURTNEY SCHOLZ
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-7079
Courtney.Scholz2@usdoj.gov

Attorneys for the United States of America