UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY FORWARD FOUNDATION,

Plaintiff,

v.

U.S. OFFICE OF PERSONNEL MANAGEMENT, *et al.*,

Defendants.

Civil Action No. 25-03517 (RBW)

**JOINT STATUS REPORT**

Pursuant to the Court's September 1, 2026 Minute Order, Plaintiff Democracy Forward Foundation, and Defendants U.S. Office of Personnel Management ("OPM"), General Services Administration ("GSA"), U.S. Department of Housing and Urban Development ("HUD"), and Office of Management and Budget ("OMB") (collectively, "Defendants"), respectfully submit this joint status report in this action brought under the Freedom of Information Act ("FOIA"). The parties report as follows:

**OPM, Request No. 25-HQ-2031-F:** As previously reported, *see* ECF No. 18 at 1, OPM completed searches for parts 1 and 2 of this request and identified no responsive records. The parties agreed to narrow part 3, and OPM identified nine (9) pages, which OPM determined to withhold entirely under FOIA Exemptions 5 and 6.

**OPM, Request 25-HQ-2032-F:** OPM completed the search for parts 1 and 2 and identified no responsive records. Part 3 requests all instructions provided to staff concerning the use of artificial intelligence to analyze or otherwise review comments submitted in response to OPM's proposed rule on "Improving Performance Accountability and Responsiveness in the Civil

Service," which may also be referred to as "Schedule Policy/Career" or "Schedule P/C," or "Schedule F." On February 6, 2026, the Office of Chief Information Officer (OCIO) confirmed that OPM did not use artificial intelligence to analyze or otherwise review comments submitted in response to this proposed rulemaking. At that time, OPM anticipated that there would be no records. Since the last joint status report was filed, OPM conducted a supplemental search within the time period and used the keywords: "AI" "artificial intelligence" "schedule p/c" "Schedule Policy/Career". About 12 records were determined to be responsive. However, these records need to be redacted. Defendant will provide the redacted records prior to the next joint status report.

**GSA:** GSA has completed its search for records responsive to Plaintiff's request. Since the last joint status report was filed, GSA has engaged a vendor via the Notice to Submitter process required by Executive Order 12600 and sent consultation requests to other federal agencies. One consultation request remains outstanding. GSA expects to issue its next interim response by October 15, 2026, and will issue its final interim response when the remaining consultation is complete. GSA continues to review the remaining records and expects to make its final interim response within 30 days.

**HUD:** HUD is continuing to process records. HUD expects to process over 300 pages per month and produce responsive, non-exempt documents every 30 days. HUD has processed over 300 pages since August 31, 2026. HUD transmitted its sixth interim response on September 25, 2026. Of the pages processed, 9 were identified as responsive records and produced to Plaintiff.

**OMB:** In September 2026, OMB reviewed 1,062 pages, and within those, determined that 51 documents were responsive. OMB released 16 with partial redactions and withheld 21 documents in full, and determined that 14 were duplicates. The remaining 103 documents were nonresponsive. Following OMB's June, July, and August 2026 interim responses, Plaintiff raised questions regarding the scope and methodology of OMB's search and renews those questions in

light of OMB's September production.

The parties agree that it is premature to determine whether summary judgment briefing will be required. The parties will continue to confer throughout the course of this action in an effort to reduce and resolve any disputes without necessitating the Court's involvement. The parties propose to submit a joint status report by November 9, 2026, informing the Cour of the status of this matter.

Dated: October 1, 2026

_/s/ Anisha Hindocha_
ANISHA HINDOCHA
D.C. Bar #1725159
DANIEL MCGRATH
D.C. Bar #1531723
ROBIN F. THURSTON
D.C. Bar #7268942
Democracy Forward Foundation
PO Box 34553
Washington, D.C. 20043
(202) 448-9090
ahindocha@democracyforward.org
dmcgrath@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _/s/ Brett S. Covington_
BRETT S. COVINGTON
D.C. Bar #1003835
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
(202) 252-0888
Brett.Covington@usdoj.gov

*Counsel for Defendants*