UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. OFFICE OF PERSONNEL MANAGEMENT, *et al.*,<br><br>Defendants. | Civil Action No. 25-3517 (RBW) |

**JOINT STATUS REPORT**

Pursuant to the Court's October 2, 2026 Minute Order, Plaintiff Democracy Forward Foundation, and Defendants U.S. Office of Personnel Management ("OPM"), General Services Administration ("GSA"), U.S. Department of Housing and Urban Development ("HUD"), and Office of Management and Budget ("OMB") (collectively, "Defendants"), respectfully submit this joint status report in this action brought under the Freedom of Information Act ("FOIA"). The parties report as follows:

**OPM, Request No. 25-HQ-2031-F:** As previously reported, *see* ECF No. 18 at 1, OPM completed searches for parts 1 and 2 of this request and identified no responsive records. The parties agreed to narrow part 3, and OPM identified nine (9) pages, which OPM determined to withhold entirely under FOIA Exemptions 5 and 6.

**OPM, Request 25-HQ-2032-F:** OPM completed the search for parts 1 and 2 and identified no responsive records. Part 3 requests all instructions provided to staff concerning the use of artificial intelligence to analyze or otherwise review comments submitted in response to OPM's proposed rule on "Improving Performance, Accountability and Responsiveness in the Civil

Service" (creating Schedule Policy/Career). As mentioned in the October 1, 2026 Joint Status Report, ECF No. 21, OPM conducted the supplemental search within the relevant time frame using the keywords "AI," "artificial intelligence," "schedule p/c," and "Schedule Policy/Career," which was conducted by Workforce Policy and Innovation (WPI), specifically from the Leadership, Performance and Accountability Office (Deputy Associate Director), and eight (8) responsive records were located, redacted, and provided to Plaintiff. OPM provided the final responsive records to Plaintiff on October 13, 2026. This production should complete OPM's portion of Request 25-HQ-2032-F.

**GSA:** On October 19, 2026, GSA issued its sixth interim response in this litigation. Although the letter included two different page counts, GSA provided Plaintiff with seventy-one (71) pages, with certain information withheld pursuant to FOIA Exemptions 4, 5, and 6. On November 9, 2026, GSA issued a corrected letter to Plaintiff. On November 2, 2026, GSA issued its final response in this litigation, providing Plaintiff with four pages with certain information withheld pursuant to Exemptions 5 and 6.

**HUD:** HUD is continuing to process records. HUD expects to process over 300 pages per month and produce responsive, non-exempt documents every 30 days. HUD processed over 300 pages since September 30, 2026. HUD transmitted its seventh interim response on October 26, 2026. Of the pages processed, 20 were identified as responsive records and produced to Plaintiff.

**OMB:** In October 2026, OMB reviewed 791 pages, and within those, determined that 21 documents were responsive. OMB released 9 with partial redactions and withheld 5 documents in full, and determined that 7 were duplicates. The remaining 133 were nonresponsive. The October 2026 production concluded OMB's processing of Plaintiff's FOIA request. In response to Plaintiff's concerns, OMB will provide additional information regarding the scope and methodology of its search for records responsive to the request.

The parties agree that it is premature to determine whether summary judgment briefing will be required. The parties will continue to confer throughout the course of this action in an effort to reduce and resolve any disputes without necessitating the Court's involvement. The parties propose to submit a joint status report by December 9, 2026, informing the Court of the status of this matter.

Dated: November 9, 2026

Respectfully submitted,

/s/ Anisha Hindocha
ANISHA HINDOCHA
D.C. Bar #1725159
DANIEL MCGRATH
D.C. Bar #1531723
ROBIN F. THURSTON
D.C. Bar #7268942
Democracy Forward Foundation
PO Box 34553
Washington, D.C. 20043
(202) 448-9090
ahindocha@democracyforward.org
dmcgrath@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Brett S. Covington
BRETT S. COVINGTON
D.C. Bar #1003835
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
(202) 252-0888
Brett.Covington@usdoj.gov

*Counsel for Defendants*